FILED

03 JUL -8 AM 11:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2252 BTM |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 8, U.S.C., |
| MIRZA ALVAREZ-ESTRADA (1), ) | Sec. 1324(a)(2)(B)(ii) - |
| JORGE CAMACHO-ANZURES (2), ) | Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., |
| ) | Sec. 2 - Aiding and Abetting; |
| Defendants. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| ) | (v)(II) - Transportation of |
| ) | Illegal Aliens and Aiding and |
| ) | Abetting |

The grand jury charges:

Count 1

On or about June 19, 2008, within the Southern District of California, defendants MIRZA ALVAREZ-ESTRADA and JORGE CAMACHO-ANZURES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Job Rodriguez-Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JPME:fer(1):Imperial
7/7/08

Count 2

On or about June 19, 2008, within the Southern District of California, defendants MIRZA ALVAREZ-ESTRADA and JORGE CAMACHO-ANZURES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Job Rodriguez-Ramirez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about June 19, 2008, within the Southern District of California, defendants MIRZA ALVAREZ-ESTRADA and JORGE CAMACHO-ANZURES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Perez-Chavez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

<u>Count 4</u>

On or about June 19, 2008, within the Southern District of California, defendants MIRZA ALVAREZ-ESTRADA and JORGE CAMACHO-ANZURES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Perez-Chavez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 5</u>

On or about June 19, 2008, within the Southern District of California, defendants MIRZA ALVAREZ-ESTRADA and JORGE CAMACHO-ANZURES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Erasmo Maldonado-Rios, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

**Count 6**

On or about June 19, 2008, within the Southern District of California, defendants MIRZA ALVAREZ-ESTRADA and JORGE CAMACHO-ANZURES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Erasmo Maldonado-Rios, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: July 8, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney