UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JORGE CAMACHO ANZURES<br><br>Defendant(s) | CRIMINAL NO. 08 CR 2252 - BTM<br>08 MJ 8561<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

:ATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

JOB RODRIGUEZ - RAMIREZ

DATED: 7/16/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk
**B. LLOYD**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082