WAYNE C. MAYER (62031)
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
fax (619) 281-2963

Attorney for Material Witness: VICTOR PEREZ CHAVEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 08 CR 2252 BTM |
| Plaintiff, | ) |
| vs. | ) STIPULATION FOR ORDER TO VACATE |
| | ) VIDEO DEPOSITION OF MATERIAL |
| MIRZA ALVAREZ ESTRADA, JORGE | ) WITNESS **VICTOR PEREZ CHAVEZ,** and |
| CAMACHO ANZURES, | ) ORDER |
| Defendants. | ) |

This matter comes before the court on the application of Wayne C. Mayer, Esq., attorney for material witness **VICTOR PEREZ CHAVEZ** for the parties to vacate the video deposition in this matter of the material witness, **VICTOR PEREZ CHAVEZ** the material witness having posed a material witness bond and being released on the material witness bond pending trial or disposition of this matter.

/////

/////

1                                                                                          08 CR 2252 BTM

The parties hereto agree and stipulate to the VACATE the Video Taped Deposition of the material witness **VICTOR PEREZ CHAVEZ** set for August 15, 2008 at 9:00 a.m.

IT IS SO STIPULATED:

 s/ Wayne C. Mayer
Wayne C. Mayer, Attorney for material witness
**VICTOR PEREZ CHAVEZ**

 s/ Stephen Demik
Stephen Demik, Attorney for defendant
Mirza Alvarez Estrada

 s/ Jeremy D. Warren
Stephen Demik, Attorney for defendant
Jorge Camacho Anzures

 s/ Mark Conover
Karen P. Hewitt United States Attorney
By Mark Conover
Assistant United States Attorney

**ORDER**

**GOOD CAUSE APPEARING**,

**IT IS HEREBY ORDERED** that the parties vacate the video deposition of the material witness VICTOR PEREZ CHAVEZ.

Dated:_____   _____
                                  THE HONORABLE BARRY T. MOSKOWITZ
                                  United States District Court Judge

**PROOF OF SERVICE**

Case Name:   U.S.A. vs. MIRZA ALVAREZ ESTRADA, JORGE CAMACHO ANZURES

Case Number: 08 CR 2552 BTM

I am employed in the County of San Diego, State of California and over the age of eighteen years.  I am not a party to the within action.  My business address is 4619 Van Dyke Avenue, San Diego, California 92116.

I served the document(s) listed below on opposing counsel by causing to be delivered an efile copy thereof to the office of the Clerk, 880 Front Street, San Diego, California 92189 and served by personal delivery on the parties listed herein.

Date Served:  July 28, 2008
Documents Served:
- NOTION OF MOTION AND MOTION FOR VIDEO TAPED DEPOSITION OF JOB RODRIGUEZ RAMIREZ, VICTOR PEREZ CHAVEZ, AND ERASMO MALDENADO RIOS;
- POINTS AND AUTHORITIES IN SUPPORT OF MATERIAL WITNESSES JOB RODRIGUEZ RAMIREZ, VICTOR PEREZ CHAVEZ, AND ERASMO MALDENADO RIOS; MOTION FOR VIDEO TAPED DEPOSITION;
- DECLARATION OF WAYNE C. MAYER IN SUPPORT OF MATERIAL WITNESSES JOB RODRIGUEZ RAMIREZ, VICTOR PEREZ CHAVEZ, AND ERASMO MALDENADO RIOS; MOTION FOR VIDEO TAPED DEPOSITION;
- ORDER  VIDEO TAPED DEPOSTION OF MATERIAL WITNESSES JOB RODRIGUEZ RAMIREZ, VICTOR PEREZ CHAVEZ, AND ERASMO MALDENADO RIOS;;
- PROOF OF SERVICE.

Parties Served:        Mark Conover, Assistant United States Attorney; Karen P. Hewitt, United States Attorney
            I also caused an additional copy to be served by personal service on the attorney(s):

Stephen_Demik@fd.org
Stephen Demik, Esq.              Fax: 619-687-2666
Federal Defenders, Inc.
225 Broadway, Ste. 900
San Diego, CA 92101

Efile.dkt.gc2@usdoj.gov
Mark Conover, Esq.               Fax: 619-235-2757
Assistant United States Attorney
880 Front Street, Fifth Floor
San Diego, CA 92101

jw@warrenlaw.com
Jeremy Warren, Esq.              Fax: 619-233-3221
Law Offices of Jeremy Warren
105 F Street, 4th Floor
San Diego, CA 92101

Dated: July 28, 2008                            s/Wayne C. Mayer
                                                Wayne C. Mayer

08 CR 1559 H