UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Mirza Alvarez-Estrada, ) <br> et al ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR2252-BTM <br> USmj8561 <br> ORDER <br> Remanding <br> ~~RELEASING~~ MATERIAL WITNESS <br> Job Rodriguez Ramirez <br> Booking No. 06480298 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be remanded back into ~~released from custody:~~ (Bond-Posted / Case Disposed / Order of Court).

Bond exonerated on 7-25-08

Job Rodriguez Ramirez

DATED: 8/14/08

RECEIVED _____
DUSM

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082