UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff           )<br>                                      )<br>          vs.                        )<br>  Jorge Camacho Anzures, )<br>                          et al.     )<br>          Defendant(s)        )<br>_____) | CRIMINAL NO. 08cr2252 BTM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge  RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Victor Perez Chavez

DATED: Aug 14, 08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk
K. HAMMERLY