```
1  WAYNE C. MAYER (62031)
   Law Offices of Wayne C. Mayer
2  4619 Van Dyke Avenue
   San Diego, CA 92116
3  (619) 281-9263
   fax (619) 281-2963
4
```

FILED

08 AUG 15 PM 12:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorney for Material Witness: VICTOR PEREZ CHAVEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08 CR 2252 BTM |
| Plaintiff, | |
| vs. | STIPULATION FOR ORDER TO VACATE VIDEO DEPOSITION OF MATERIAL WITNESS **VICTOR PEREZ CHAVEZ,** and ORDER |
| MIRZA ALVAREZ ESTRADA, JORGE CAMACHO ANZURES, | |
| Defendants. | |

This matter comes before the court on the application of Wayne C. Mayer, Esq., attorney for material witness **VICTOR PEREZ CHAVEZ** for the parties to vacate the video deposition in this matter of the material witness, **VICTOR PEREZ CHAVEZ** the material witness having posed a material witness bond and being released on the material witness bond pending trial or disposition of this matter.

/////

/////

1 | The parties hereto agree and stipulate to the VACATE the Video Taped Deposition of
2 | the material witness **VICTOR PEREZ CHAVEZ** set for August 15, 2008 at 9:00 a.m.
3 | IT IS SO STIPULATED:
4 |   s/ Wayne C. Mayer
5 | Wayne C. Mayer, Attorney for material witness
  **VICTOR PEREZ CHAVEZ**

  s/ Stephen Demik
Stephen Demik, Attorney for defendant
Mirza Alvarez Estrada

  s/ Jeremy D. Warren
Stephen Demik, Attorney for defendant
Jorge Camacho Anzures

  s/ Mark Conover
Karen P. Hewitt United States Attorney
By Mark Conover
Assistant United States Attorney

## ORDER

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that the parties vacate the video deposition of the material witness VICTOR PEREZ CHAVEZ.

Dated: 8/14/08

THE HONORABLE BARRY T. MOSKOWITZ
United States District Court Judge

## PROOF OF SERVICE

Case Name:   U.S.A. vs. MIRZA ALVAREZ ESTRADA, JORGE CAMACHO ANZURES

Case Number: 08 CR 2552 BTM

I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My business address is 4619 Van Dyke Avenue, San Diego, California 92116.

I served the document(s) listed below on opposing counsel by causing to be delivered an efile copy thereof to the office of the Clerk, 880 Front Street, San Diego, California 92189 and served by personal delivery on the parties listed herein.

Date Served: August 14, 2008
Documents Served:
- STIPULATION FOR ORDER TO VACATE VIDEO DEPOSITION OF MATERIAL WITNESS VICTOR PEREZ CHAVEZ, ORDER
- PROOF SERVICE

Parties Served:   Mark Conover, Assistant United States Attorney; Karen P. Hewitt, United States Attorney
I also caused an additional copy to be served by personal service on the attorney(s):

Stephen_Demik@fd.org
Stephen Demik, Esq.                     Fax: 619-687-2666
Federal Defenders, Inc.
225 Broadway, Ste. 900
San Diego, CA 92101

Efile.dkt.gc2@usdoj.gov
Mark Conover, Esq.                      Fax: 619-235-2757
Assistant United States Attorney
880 Front Street, Fifth Floor
San Diego, CA 92101

jw@warrenlaw.com
Jeremy Warren, Esq.                     Fax: 619-233-3221
Law Offices of Jeremy Warren
105 F Street, 4th Floor
San Diego, CA 92101

Dated: August 14, 2008

                                        s/Wayne C. Mayer
                                        Wayne C. Mayer

08 CR 1559 H