**FILED**

AUG 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08 CR 2252 BTM |
| Plaintiff, ) | |
| ) | ORDER RELEASING MATERIAL WITNESSES ~~JOB RODRIGUEZ RAMIREZ;~~ |
| vs. ) | ~~VICTOR PEREZ CHAVEZ;~~ |
| MIRZA ALVAREZ ESTRADA, JORGE CAMACHO ANZURES, ) | ERASMO MALDONADO RIOS |
| Defendants. ) | |

### ORDER

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** the material witnesses ~~JOB RODRIGUEZ RAMIREZ;~~ ~~VICTOR PEREZ CHAVEZ;~~ ERASMO MALDONADO RIOS be released from Marshall's custody.

Dated: 8/15/08

THE HONORABLE BARRY T. MOSKOWITZ
United States District Court