UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR2252-BTM |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Mirza Alvarez-Estrada | ) | Booking No. |
| Defendant(s) et al., | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>). Fld 8/15/08.

Erasmo Maldonado-Rios

DATED: 8/15/08

BARRY TED MOSKOWITZ

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
         DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062