# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  08CR2252-BTM
vs )  ABSTRACT OF ORDER
) Booking No. _____
Matwit: Victor Perez-Chavez )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  8/15/08
the Court entered the following order:

**Mat Wit:**

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

__X__ Defendant remanded and ( ✓ bond) (_____ bond on appeal) exonerated. — order Fld 8/15/08 M/W in INS Cust.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

BARRY TED MOSKOWITZ
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____ Deputy Clerk

Received _____ DUSM

Crim-9  (Rev 6-95)                              ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY