FILED
SEP 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08 CR 2252 BTM |
| Plaintiff, ) | ORDER |
| vs. ) | (Releasing Material Witnesses) |
| MIRZA ALVAREZ ESRADA, JORGE CAMACHO ANZURES, ) | |
| Defendants. ) | |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that the following named person(s) heretofore committed to the custody of the United States Marshall as material witnesses are released from custody:

**VICTOR PEREZ CHAVEZ**       DOB: 1/15/82
**JOB RODRIGUEZ RAMIREZ**   DOB 12/25/76

Dated: September 2, 2008

_____
The Honorable Bary T. Moskowitz
United States District Court

1                                              08 CR 2252 BTM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  08 CR 2252  BTM |
| Plaintiff, ) | **ORDER** |
| vs. ) | **(Releasing Material Witnesses)** |
| MIRZA ALVAREZ ESRADA, JORGE CAMACHO ANZURES, ) ) | |
| Defendants. ) | |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that the following named person(s) heretofore committed to the custody of the United States Marshall as material witnesses are released from custody:

**VICTOR PEREZ CHAVEZ**        DOB: 1/15/82
**JOB RODRIGUEZ RAMIREZ**   DOB 12/25/76

Dated: September 2, 2008

The Honorable Bary T. Moskowitz
United States District Court

1

08 CR 2252 BTM