FILED
SEP 02 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIRZA ALVAREZ ESRADA, JORGE CAMACHO ANZURES,<br><br>Defendants. | Case No.: 08 CR 2252 BTM<br><br>**ORDER**<br><br>**(Releasing Material Witnesses)** |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that the following named person(s) heretofore committed to the custody of the United States Marshall as material witnesses are released from custody:

**VICTOR PEREZ CHAVEZ**   DOB: 1/15/82
**JOB RODRIGUEZ RAMIREZ**   DOB 12/25/76

Dated: September 2, 2008

_____
The Honorable Bary T./ Moskowitz
United States District Court

1

08 CR 2252 BTM