UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR2252·BTM |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Mirza Alvarez-Estrada et al | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/~~Magistrate~~ Judge, **BARRY TED MOSKOWITZ**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

Job Rodriguez-Ramirez

DATED: 9-2-08

RECEIVED _____
DUSM

**BARRY TED MOSKOWITZ**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk